1  MCGREGOR W. SCOTT
United States Attorney
2  ALEXIS NELSEN
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

5

6  Attorneys for Plaintiff
United States of America

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:20-MJ-00186-AC

12                        Plaintiff,     STIPULATION AND PROPOSED ORDER FOR
                                         EXTENSION OF TIME FOR PRELIMINARY
13                   v.                  HEARING PURSUANT TO RULE 5.1(d) AND
                                         EXCLUSION OF TIME
14  CALVIN JAMES SMITH,
                                         DATE:   February 11, 2021
15                        Defendants.    TIME:    2:00 p.m.
                                         COURT: Hon. Allison Claire
16

17       Plaintiff United States of America, by and through its attorney of record, Assistant United States

18  Attorney ALEXIS NELSEN, and defendant CALVIN JAMES SMITH, both individually and by and

19  through his counsel of record, Douglas Beevers, hereby stipulate as follows:

20       1.       The Complaint in this case was filed on December 10, 2020, and defendant first appeared

21  before a judicial officer of the Court in which the charges in this case were pending that same day. The

22  court set a preliminary hearing date of December 23, 2020.

23       2.       By prior stipulation and order, the December 23 preliminary hearing date was continued

24  to February 4, 2021, at 2:00 p.m.  ECF #9.

25       3.       By prior stipulation and order, the February 4, 2021, preliminary hearing was continued

26  to February 11, 2021, at 2:00 p.m.  ECF # 14.

27       4.       By this stipulation, the parties jointly move for an extension of time of the preliminary

28  hearing date to March 11, 2021, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d)

STIPULATION TO MOVE PRELIMINARY HEARING            1

1   of the Federal Rules of Criminal Procedure. The defense has received initial discovery in this case,

2   consisting of nine pages of discovery. The parties stipulate that the delay is required to allow the defense

3   reasonable time for preparation, including for the defense to review the discovery with the defendant,

4   and for the government's continuing investigation of the case. The parties further agree that the interests

5   of justice served by granting this continuance outweigh the best interests of the public and the defendant

6   in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

7         5.      The parties agree that good cause exists for the extension of time, and that the extension

8   of time would not adversely affect the public interest in the prompt disposition of criminal cases.

9   Therefore, the parties request that the time between February 11, 2021, and March 11, 2021, be

10  excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

11        IT IS SO STIPULATED.

12

13   Dated:  February 10, 2021                    McGREGOR W. SCOTT
                                                  United States Attorney
14

15                                               /s/  Alexis Nelsen
                                                 ALEXIS NELSEN
16                                               Assistant United States Attorney

17

18   Dated:  February 10, 2021                    /s/  Douglas Beevers
                                                  DOUGLAS BEEVERS
19                                                Counsel for Defendant
                                                  CALVIN JAMES SMITH
20

21

22

23

24

25

26

27

28

STIPULATION TO MOVE PRELIMINARY HEARING          2

**[~~PROPOSED~~] ORDER**

The Court has read and considered the above Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on February 10, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.       The date of the preliminary hearing is extended to March 11, 2021, at 2:00 p.m.

2.       The time between February 11, 2021, and March 11, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.       Defendants shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.

DATED: February 10, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MOVE PRELIMINARY HEARING                    3