PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CALVIN JAMES SMITH,<br><br>  Defendant. | CASE NO. 2:21-CR-00071 JAM<br><br>**STIPULATION AND FINDINGS AND ORDER RESETTING JUDGMENT AND SENTENCING AND ASSOCIATED DATES**<br><br>DATE: March 21, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant Calvin Smith, by and through defendant's counsel of record, Edward Robinson, hereby stipulate as follows:

1. By previous order, and this matter was set for judgment and sentencing March 21, 2023.

2. By this stipulation, the parties jointly request to continue sentencing to June 13, 2023. Probation joins this request.

3. The parties, and probation, request the following modified schedule of associated dates:

| | |
|---|---:|
| Judgment and Sentencing Date: | June 13, 2023 |
| Reply, or Statement of Non-Opposition: | June 06, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 30, 2023 |

| | | |
|---|---|---|
| 1 | The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 23, 2023 |
| 2 | | |
| 3 | Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 16, 2023 |
| 4 | The draft Presentence Report shall be disclosed to counsel no later than: | May 02, 2023 |

IT IS SO STIPULATED.

Dated:  March 16, 2023                     PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ ALEXIS KLEIN
                                           ALEXIS KLEIN
                                           Assistant United States Attorney

Dated:  March 16, 2023                     /s/ EDWARD ROBINSON
                                           EDWARD ROBINSON
                                           Counsel for Defendant
                                           CALVIN JAMES SMITH

# FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court vacates the March 21, 2023, judgment and sentence date, and resets the matter as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **June 13, 2023, at 09:00 AM** |
| Reply, or Statement of Non-Opposition: | June 06, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 30, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 23, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 16, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | May 02, 2023 |

IT IS SO FOUND AND ORDERED.

Dated: March 16, 2023          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE