PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>CALVIN JAMES SMITH,<br><br>               Defendant. | CASE NO. 2:21-CR-00071 JAM<br><br>**STIPULATION AND FINDINGS AND ORDER RESETTING JUDGMENT AND SENTENCING AND ASSOCIATED DATES**<br><br>DATE:   June 13, 2023<br>TIME:   9:00 a.m.<br>COURT: Hon. John A. Mendez |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant Calvin Smith, by and through defendant's counsel of record, Edward Robinson, hereby stipulate as follows:

1. By previous order, and this matter was set for judgment and sentencing June 13, 2023.

2. By this stipulation, the parties jointly request to continue sentencing to September 12, 2023. A new probation officer has been assigned to this matter, and the parties are requesting additional time to facilitate this transition, as well as the preparation of the pre-sentence report, in addition to accommodating counsels' schedules. Probation joins this request.

3. The parties, and probation, request the following modified schedule of associated dates:

Judgment and Sentencing Date:                                                     September 12, 2023

Reply, or Statement of Non-Opposition:                                     September 05, 2023

| | |
|---|---|
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 29, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 22, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 15, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | August 01, 2023 |

IT IS SO STIPULATED.

Dated:  May 31, 2023                    PHILLIP A. TALBERT
                                        United States Attorney

                                        /s/ ALEXIS KLEIN
                                        ALEXIS KLEIN
                                        Assistant United States Attorney


Dated:  May 31, 2023                    /s/ EDWARD ROBINSON
                                        EDWARD ROBINSON
                                        Counsel for Defendant
                                        CALVIN JAMES SMITH

# FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, adopts the parties' stipulation in its entirety as its order. The Court **VACATES** the June 13, 2023, judgment and sentence date, and **RESETS** the matter as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **September 12, 2023, at 09:00 AM** |
| Reply, or Statement of Non-Opposition: | September 05, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | August 29, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | August 22, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 15, 2023 |
| The draft Presentence Report shall be disclosed to counsel no later than: | August 01, 2023 |

IT IS SO FOUND AND ORDERED.

Dated: June 01, 2023         /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE