PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>CALVIN JAMES SMITH,<br><br>                    Defendant. | CASE NO. 2:21-cr-00071-JAM-2<br><br>**STIPULATION AND FINDINGS AND ORDER RESETTING JUDGMENT AND SENTENCING AND ASSOCIATED DATES**<br><br>DATE:   September 12, 2023<br>TIME:   9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Alexis Klein, and defendant Calvin Smith, by and through defendant's counsel of record, Edward Robinson, hereby stipulate as follows:

1. By previous order, and this matter was set for judgment and sentencing September 12, 2023. The Court also ordered the draft presentence report be disclosed no later than August 1, 2023.

2. By this stipulation, the parties jointly request to continue judgment and sentencing to October 17, 2023. The draft presentence report was disclosed on September 5, 2023. The parties are requesting additional time to allow for informal and formal objections to the presentence report prior to sentencing. Probation has been consulted and is available on October 17.

3. The parties accordingly request the following modified schedule for sentencing and associated dates:

| | |
|---|---:|
| Judgment and Sentencing Date: | October 17, 2023 |
| Reply, or Statement of Non-Opposition: | October 10, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 3, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 26, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 19, 2023 |

IT IS SO STIPULATED.

Dated: September 6, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated: September 6, 2023

/s/ EDWARD ROBINSON
EDWARD ROBINSON
Counsel for Defendant
CALVIN JAMES SMITH

# FINDINGS AND ORDER

The Court, having received, read, and considered the parties' stipulation, **ADOPTS** the parties' stipulation in its entirety as its order.  The Court **VACATES** the September 12, 2023, judgment and sentence date, and **RESETS** the matter as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **October 17, 2023, at 09:00 a.m.** |
| Reply, or Statement of Non-Opposition: | October 10, 2023 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | October 3, 2023 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 26, 2023 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 19, 2023 |

IT IS SO FOUND AND ORDERED.

Dated: September 07, 2023   /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE